**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | ) NO. EDCV 11-752-R (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN M.D. BITER, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: May 23, 2011.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE